**Order entered September 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00980-CV

## IN RE TUNAD ENTERPRISES, INC., Relator

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-00618-2016**

# ORDER
Before Justices Bridges, Brown, and Boatright

Before the Court is relator's motion for emergency stay. In light of the Court's opinion

of this date denying relator's petition for writ of mandamus, we **DENY** the motion as moot.

/s/    JASON BOATRIGHT
       JUSTICE